**Christopher J. Langley (SBN 258851)**
**The Law Offices of Langley and Chang**
4158 Fourteenth Street
Riverside, CA 92501
Telephone: (951) 383-3388
Fax: (877) 483-4434
chris@langleylegal.com

Attorney for Debtor,

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Susana Olga Corona<br>　　　　　Debtors. | Case No. 6:19-bk-13123-MH<br><br>Chapter 13<br><br>**DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CASE AND REQUEST FOR HEARING**<br><br>Date: 1/30/2020<br>Time: 11:00 AM<br>Ctrm: 303<br>Place: 3420 Twelfth St.<br>　　　　Riverside, CA 92501-3819 |

TO THE HONORABLE MARK HOULE, UNITED STATES BANKRUPTCY JUDGE, ROD DANIELSON, CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:

Please take notice that the Chapter 13 debtors oppose the Chapter 13 Trustee's Motion for Order Dismissing Chapter 13 Proceeding and requests that the matter be set for hearing on January 30, 2020 at 11:00 AM in Courtroom 303 of the above-captioned court, located at 3420 Twelfth St., Riverside, CA 92501-3819.

\\\

\\\

1

OPPOSITION TO TRUSTEE'S MOTION TO DISMISS

1 | Debtor will bring her plan payments current or file a motion to modify her plan to resolve
2 | the delinquency prior to the hearing date.
3 | Debtor requests that the Trustee's Motion to Dismiss be denied.
4 | Respectfully submitted,
5 |
6 | Dated: 12/17/2029    The Law Offices of Langley and Chang
7 |
8 | By: _/s/ Christopher J. Langley_
    CHRISTOPHER J. LANGLEY
    Attorney for Debtor
9 |

2

OPPOSITION TO TRUSTEE'S MOTION TO DISMISS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**4158 Fourteenth Street, Riverside, CA 92501**

A true and correct copy of the foregoing document entitled: **DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CASE AND REQUEST FOR HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/17/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**   notice-efile@rodan13.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **12/17/2019**, I served the following persons and/or entities by personal delivery, overnight mail servimice, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Judge – Personal Service

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/23/2019 | Michael Smith | /s/ Michael Smith |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**